UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**David Rogers,** *et al.*,

    **Plaintiffs,**

    v.                                                               **Case No. 2:18–cv–901**

**Collateral Investigations and**              **Judge Michael H. Watson**
**Recovery Group, Inc.,** *et al*,
                                                                        **Magistrate Judge Deavers**
    **Defendants.**

## OPINION AND ORDER

On June 22, 2020, Chief Magistrate Judge Deavers issued a Report and Recommendation ("R&R"), ECF No. 63, recommending that the Court enter default against Defendant Collateral Investigations and Recovery Group, Inc. ("Collateral") for failure to respond to her May 18, 2020 or June 2, 2020 Show Cause Orders.  ECF Nos. 61–62.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1).  ECF No. 63.  The R&R advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R.  *Id.*  The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**.  ECF No. 63.  The Clerk is **DIRECTED** to enter default against Collateral.

    IT IS SO ORDERED.

                                        */s/ Michael H. Watson*
                                        **MICHAEL H. WATSON, JUDGE**
                                        **UNITED STATES DISTRICT COURT**