**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

David Rogers, *et al.*,
on behalf of themselves and
others similarly situated,

    Plaintiffs,

        v.                      Case No. 2:18cv901

Collateral Investigations and
Recovery Group, Inc., *et al.*,      Judge Michael H. Watson

    Defendants.

_____

**DEFAULT JUDGMENT**
_____

The Court GRANTS Plaintiffs' motion for default judgment against Defendants Collateral Investigations and Recovery Group, Inc. and Christopher Peer pursuant to Fed. Civ.R.55(a), (b)(2), in the amount of $178,270.73, which includes $29,367.31 in unpaid overtime compensation; $29,367.31 in liquidated damages; $10,637.26 in unpaid minimum wages; $21,274.51 in liquidated damages for failure to pay the minimum wage; and $87,624.34 in attorneys' fees and expenses to The Lazzaro Law Firm, LLC.

Date: January 5, 2021             **RICHARD NAGEL, CLERK**

                                    By:    <u>s/Jennifer Kacsor</u>
                                                Courtroom Deputy